IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW ROSSI<br><br>Plaintiff<br><br>vs.<br><br>FIRST CREDIT SERVICES, INC.<br><br>Defendant | CIVIL ACTION NO.: CCB-10-CV-01446 |

*ORDER — Case closed with prejudice. /s/ 3/22/11*

### STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will be responsible for payment of their own costs, expenses and attorney fees.

| | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Forrest E. Mays | /s/ Birgit Dachtera Stuart |
| *Signed by Birgit Dachtera Stuart, Esq. with permission of Forrest E. Mays, Esq.*<br>Bar No. 07510<br>1783 Forest Drive, Suite 109<br>Annapolis, MD  21401<br>Telephone: 410-267-6297<br>Facsimile: 410-267-6234<br>E-Mail: Mayslaw@mac.com<br>Attorney for Plaintiff | Birgit Dachtera Stuart, Esquire<br>Bar No. 17420<br>11300 Rockville Pike, Suite 1200<br>Rockville, MD 20852<br>Telephone: 301-770-7490<br>Facsimile: 301-770-7493<br>E-Mail: rcanter@roncanterllc.com<br>Attorney for Defendant |

*[Filed stamp: 2011 MAR 22  P 3:21  CLERK'S OFFICE  U.S. DISTRICT COURT  DISTRICT OF MARYLAND  FILED]*

1